UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **BRANDON GWIN AND AIMEE GWIN** | **CIVIL ACTION NO. 16-1222** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **LIBERTY MUTUAL INSURANCE COMPANY, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

**JUDGMENT**

For the reasons set forth in this Court's Ruling,

IT IS ORDERED, ADJUDGED AND DECREED that Defendant Garrison Property and Casualty Insurance Company's Motion for Summary Judgment [Doc. No. 17] is GRANTED, and Plaintiffs' claims against this Defendant are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 23rd day of August, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE